IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01536-WYD-BNB

VIRGINIA VIALL,

Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to File a Late Response** [docket no. 32, filed February 4, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Response [docket no. 33] is accepted for filing.

DATED:  February 4, 2015